AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION
United States District Court
Southern District Of Texas
FILED

MAY 2 2 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
v.
Jose Antonio Flores-Lopez

**CRIMINAL COMPLAINT**

Case Number:   M-19-1183-M

IAE   YOB: 1996
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 21, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**
*(Track Statutory Language of Offense)*
being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jose Antonio Flores-Lopez was encountered by Border Patrol Agents near Mission, Texas on May 21, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 21, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on to October 29, 2017 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 22, 2017, the defendant was convicted of 8 USC 1326, Being found in the U.S. after previous deportation and sentenced to seven (7) months confinement.

Approved by AUSA S. DIPIAZZA 5/22/19 3:32 PM
DiPiazza

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Signature of Complainant
Kellen Meador   Border Patrol Agent

Sworn to before me and subscribed in my presence,

May 22, 2019

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer